[Civ. No. 3558. First Appellate District, Division One.—April 13, 1921.]

EMMA ROSE et al., Respondents, v. HENRY CONLIN, Appellant.

MORTGAGE — FORECLOSURE — SATISFACTION OF DEFICIENCY.—Judgment affirmed upon the authority of *Rose et al.* v. *Conlin, ante,* p. 225, [198 Pac. 653].

APPEAL from a judgment of the Superior Court of San Mateo County. Geo. H. Buck, Judge. Affirmed.

The facts are stated in the opinion of the court in *Rose et al.* v. *Conlin, ante,* p. 225, [198 Pac. 653].

Charles W. Cobb, Henry Conlin and Edgar C. Chapman for Appellant.

Garret W. McEnerney for Respondents.

THE COURT.—Upon the authority of *Rose* v. *Conlin* (No. 3760), *ante,* p. 225, [198 Pac. 653], this day decided by this court, the order is affirmed.

A petition to have the cause heard in the supreme court, after judgment in the district court of appeal, was denied by the supreme court on June 9, 1921.

All the Justices concurred.

---

[Civ. No. 3559. First Appellate District, Division One.—April 13, 1921.]

EMMA ROSE et al., Respondents, v. HENRY CONLIN, Appellant.

MORTGAGE — FORECLOSURE — DEFICIENCY.—Judgment affirmed upon the authority of *Rose et al.* v. *Conlin, ante,* p. 225, [198 Pac. 653].

APPEAL from a judgment of the Superior Court of San Mateo County. Geo. H. Buck, Judge. Affirmed.

The facts are stated in the opinion of the court in *Rose et al.* v. *Conlin, ante,* p. 225, [198 Pac. 653].

. Charles W. Cobb, Henry Conlin and Edgar C. Chapman for Appellant.

Garret W. McEnerney for Respondents.

THE COURT.—Upon the authority of *Rose* v. *Conlin* (No. 3760), *ante,* p. 225, [198 Pac. 653], this day decided by this court, the order is affirmed.

A petition to have the cause heard in the supreme court, after judgment in the district court of appeal, was denied by the supreme court on June 9, 1921.

All the Justices concurred.

---

[Civ. No. 3684. First Appellate District, Division One.—May 6, 1921.]

WALTER M. BOWEN, etc., Appellant, v. E. A. CREIGH-TON et al., Respondents.

[1] NONPROFIT CORPORATIONS—ELECTION OF OFFICERS—BALLOTING BY MAIL—INVALID BY-LAW.—Judgment reversed on the authority of *Powers* v. *Marine Engineers' Beneficial Assn., etc., et al., ante,* p. 551.

APPEAL from a judgment of the Superior Court of the City and County of San Francisco. Frank J. Murasky, Judge. Reversed.

The facts are the same as those stated in the opinion in *Powers* v. *Marine Engineers' Beneficial Assn., etc., et al., ante,* p. 551.

George D. Collins, Jr., for Appellant.

Bell, Brookman, Simmons & Creech for Respondents.

KERRIGAN, J.—This is an appeal by petitioner from a judgment in a special proceeding prosecuted under the provisions of sections 312 to 315 of the Civil Code, to annul and